IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

www.laed.uscourts.gov

| | |
|---|---|
| COMMUNITY ASSOCIATES, INC.<br><br>*Plaintiff,*<br><br>V.<br><br>KELLY LOEFFLER, Administrator of the U.S. Small Business Administration, in her official capacity, and SCOTT BESSENT, Secretary of the U.S. Department of the Treasury, in his official capacity.<br><br>*Defendants.* | Civil Action No. 2:25-cv-1181<br><br>Judge Susie Morgan<br><br>Chief Magistrate Judge Janis van Meerveld |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
[ORAL ARGUMENT REQUESTED]

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and this Court's Local Rules, Plaintiff Community Associates, Inc. ("CAI") respectfully moves for entry of summary judgment in its favor against Defendants, the United States Small Business Administration ("SBA") and the United States.

This action challenges the SBA's decision to treat a previously satisfied Paycheck Protection Program ("PPP") loan as an enforceable federal debt subject to Treasury offset. The undisputed material facts establish that, after CAI sought administrative review, the SBA remitted funds to the originating lender, which marked the loan "paid in full" and informed CAI that no balance remained. Months later, without rescinding that remittance, reopening the administrative

process, or issuing a new determination explaining the legal basis for recovery, the SBA certified the same amount as a federal debt.

Under the Administrative Procedure Act, agency action that is arbitrary, capricious, or not in accordance with law must be set aside. Because the SBA treated the loan as satisfied and later attempted to revive the obligation without lawful rescission or reasoned explanation, there is no genuine dispute as to any material fact and CAI is entitled to judgment as a matter of law.

In support of this Motion, CAI files a Memorandum in Support, a Statement of Undisputed Material Facts, supporting declarations and exhibits, and a Proposed Order.

CAI respectfully requests oral argument pursuant to Local Rule 78.1, and has filed a separate request consistent with that rule.

For the foregoing reasons, and those more fully set forth in the accompanying Memorandum, CAI respectfully requests that this Court grant summary judgment in its favor, vacate the SBA's debt determination, set aside the resulting certification for Treasury offset, and remand the matter to the agency for further proceedings consistent with law.

DATED: February 20, 2026

Respectfully Submitted,

/s/ Evan Park Howell III
Evan Park Howell III (18957)
Attorney at Law
1 Galleria Boulevard
Metairie, Louisiana 70001
Telephone:     (504) 343-4346
Facsimile:     (504) 613-6733
E-mail:        ehowell@ephlaw.com
*Counsel for Community Associates, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 20, 2026, the foregoing *Motion* and this Certificate

of Service, was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Peter M. Mansfield    Peter.Mansfield@usdoj.gov, caseview.ecf@usdoj.gov, vanessa.brown@usdoj.gov

/s/ Evan Park Howell III
Evan Park Howell III (18957)