UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COMMUNITY ASSOCIATES, INC.**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO.  25-1181** |
| **KELLY LOEFFLER, ET AL.**<br>    **Defendant** | **SECTION: "E" (1)** |

## ORDER

On February 20, 2026, Plaintiff Community Associates, Inc. ("Plaintiff") filed a Motion for Summary Judgment and a Statement of Uncontested Facts.[1] Plaintiff failed to provide record evidence supporting most of its statement of uncontested facts.[2] For this reason, the statement is deficient.

The Court requires that any party filing a motion for summary judgment must file "[a] separate and concise statement of the material facts which the moving party contends present no genuine issue."[3] This separate and concise statement must make "specific reference to record evidence supporting its statement of material facts. Citations to record evidence shall indicate, whenever applicable, an exhibit reference, page reference, and record document number reference. Record evidence not specifically referred to by the parties may not be considered by the Court."[4]

In turn, Federal Rule of Civil Procedure 56(c)(1)(A) states: "A party asserting that a fact cannot be or is genuinely disputed must support the assertion by: (A) citing to particular parts of materials in the record."[5]

---

[1] R. Doc. 23; R. Doc. 23-4.
[2] R. Doc. 23-4.
[3] R. Doc. 11 at p. 5.
[4] *Id.*
[5] FED. R. CIV. P. 56(c)(1)(A).

Accordingly;

**IT IS ORDERED** that, pursuant to Federal Rule of Civil Procedure 56(e)(1),[6] Plaintiff shall file an amended statement of uncontested facts with specific citations to evidence supporting each statement, and attach any relevant documents such as deposition transcripts, contracts, e-mails, stipulations, admissions, interrogatory answers, or other materials on or before **Friday, March 13, 2026**.

**IT IS FURTHER ORDERED** that the parties abide by the following deadlines:

- Defendant cross-moves for summary judgment and files its opposition to Plaintiff's motion on or before **April 6, 2026**.
- Plaintiff opposes Defendant's motion and files its reply to Defendant's opposition on or before **April 29, 2026**.
- Defendant files its reply to Plaintiff's opposition on or before **May 29, 2026**.

**New Orleans, Louisiana, this 6th day of March, 2026.**

                              **SUSIE MORGAN**
                    **UNITED STATES DISTRICT JUDGE**

---

[6] FED. R. CIV. P. 56(e)(1) ("If a party fails to . . . properly address another party's assertion of fact as required by Rule 56(c), the court may: (1) give an opportunity to properly support or address the fact.").