IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

www.laed.uscourts.gov

| | |
|---|---|
| COMMUNITY ASSOCIATES, INC.<br><br>*Plaintiff,*<br><br>V.<br><br>KELLY LOEFFLER, Administrator of the U.S. Small Business Administration, in her official capacity, and SCOTT BESSENT, Secretary of the U.S. Department of the Treasury, in his official capacity.<br><br>*Defendants.* | Civil Action No. 2:25-cv-1181<br><br>Judge Susie Morgan<br><br>Chief Magistrate Judge Janis van Meerveld |

**STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Community Associates, Inc. ("CAI") submits the following Statement of Undisputed Material Facts in support of its Motion for Summary Judgment.

1. On May 1, 2020, CAI applied for and received a Paycheck Protection Program ("PPP")loan pursuant to the CARES Act. *See* Rec. Doc. 18-3 at 24 (SBA00002), CAI Appx. 001.

2. CAI used the PPP loan proceeds for authorized purposes and timely applied for loan forgiveness. *See* Rec. Doc. 23-3, Declaration of Jackie Pottinger, Ex. 2 ¶¶ 2–3, CAI Appx. 002.

3. On October 31, 2022, the U.S. Small Business Administration ("SBA") issued a Final Loan Review Decision ("FLRD") denying forgiveness. CAI received the FLRD no later than November 29, 2022. *See* Rec. Doc. 18-3 at 80 (SBA00082), CAI Appx.003.

Exhibit 3

4. On January 10, 2023, CAI filed an appeal with the SBA Office of Hearings and Appeals ("OHA"). *See* Rec. Doc. 18-3 at 80 (SBA00083), CAI Appx. 006.

5. On February 9, 2023, OHA dismissed the appeal as untimely. No administrative body reviewed the merits of CAI's forgiveness request. *See* Rec. Doc. 18-3 at 80 (SBA00083), CAI Appx. 003-005. *See* Rec. Doc. 23-3, Declaration of Jackie Pottinger, Ex. 2 ¶¶ 2–3, CAI Appx. 002.

6. CAI thereafter timely filed a Request for Review with the SBA Administrator pursuant to 13 C.F.R. § 134.1211. See Rec. Doc. 18-3 at 84 (SBA00087), CAI Appx. .   See also, *See* Rec. Doc. 23-2, Request for Review, Ex. 1 CAI Appx. 007-018.

7. After CAI filed its appeal to the Administrator, the SBA remitted funds directly to Whitney National Bank ("Whitney"), the originating PPP lender, a copy of which is attached to CAI's Memorandum as Exhibit 1.  *See* Rec. Doc. 23-3, Declaration of Jackie Pottinger, Ex. 2 ¶¶ 2–3, CAI Appx. 002.

8. According to the bank, Whitney applied the SBA remittance to CAI's PPP loan and marked the loan "paid in full" in its records.   *See* Rec. Doc. 23-3, Declaration of Jackie Pottinger, Ex. 2 ¶¶ 2–3, CAI Appx. 002.

9. Whitney informed CAI that the loan balance was zero and that CAI owed no remaining amount to Whitney. CAI relied on the lender's confirmation that the loan had been satisfied and understood that the matter had been resolved *See* Rec. Doc. 23-3, Declaration of Jackie Pottinger, Ex. 2 ¶¶ 2–3, CAI Appx. 002.

10. Prior to the SBA's remittance, Whitney had issued demand letters seeking repayment of the PPP loan balance. *See* Rec. Doc. 23-3, Declaration of Jackie Pottinger, Ex. 2 ¶¶ 2–3, CAI Appx. 002.

Exhibit 3

11. CAI did not receive a notice accelerating the loan prior to the SBA's remittance. *See* Rec. Doc. 23-3, Declaration of Jackie Pottinger, Ex. 2 ¶¶ 2–3, CAI Appx. 002.

12. CAI did not receive notice that the loan had been assigned to the SBA at the time of the SBA's remittance. *See* Rec. Doc. 23-3, Declaration of Jackie Pottinger, Ex. 2 ¶¶ 2–3, CAI Appx. 002.

13. Following the SBA's remittance to Whitney, CAI did not receive a demand for payment from the SBA immediately thereafter. *See* Rec. Doc. 23-3, Declaration of Jackie Pottinger, Ex. 2 ¶¶ 2–3, CAI Appx. 002.

14. CAI has no record reflecting a formal assignment of the PPP note to the SBA at the time of the remittance. *See* Rec. Doc. 23-3, Declaration of Jackie Pottinger, Ex. 2 ¶¶ 2–3, CAI Appx. 002.

15. After Whitney marked the loan paid in full and informed CAI that the balance was zero, the loan was reflected as closed. Whitney ceased all collection activities. *See* Rec. Doc. 23-3, Declaration of Jackie Pottinger, Ex. 2 ¶¶ 2–3, CAI Appx. 002.

16. Months later, without rescinding the prior remittance to Whitney and without issuing a new written determination explaining the basis for recovery, the SBA treated the previously satisfied amount as a federal debt. *See* Rec. Doc. 23-3, Declaration of Jackie Pottinger, Ex. 2 ¶¶ 2–3, CAI Appx. 002.

17. The United States Department of the Treasury subsequently issued notice of intent to offset future federal tax refunds to collect the alleged PPP debt. *See* Rec. Doc. 23-3, Declaration of Jackie Pottinger, Ex. 2 ¶¶ 2–3, CAI Appx. 002.

18. The amount at issue is approximately $27,775.00. *See* Rec. Doc. 18-3 at 24 (SBA00002), CAI Appx. 001.

Exhibit 3

DATED: March 13, 2026	Respectfully Submitted,

/s/ Evan Park Howell III
Evan Park Howell III (18957)
Attorney at Law
1 Galleria Boulevard
Metairie, Louisiana 70001
Telephone:	(504) 343-4346
Facsimile:	(504) 613-6733
E-mail:	ehowell@ephlaw.com
*Counsel for Community Associates, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2026, the foregoing Statement and this Certificate of Service, was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Peter M. Mansfield    Peter.Mansfield@usdoj.gov, caseview.ecf@usdoj.gov, vanessa.brown@usdoj.gov

/s/ Evan Park Howell III
Evan Park Howell III (18957)

Exhibit 3