UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COMMUNITY ASSOCIATES, INC. | * | CASE NO. 25-1181 |
| vs. | * | SECT. E(1) |
| KELLY LOEFFLER, ET AL. | * | JUDGE MORGAN |
| | * | MAG. JUDGE VAN MEERVELD |

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes defendant, Kelly Loeffler, in her official capacity as Administrator of the Small Business Administration (SBA), and respectfully moves the Court under FED. R. CIV. P. 56(a) for summary judgment dismissing plaintiff, Community Associates, Inc.'s, claims under the Administrative Procedure Act (APA).

CAI received a CARES Act Paycheck Protection Program (PPP) loan, but was later found to be primarily engaged in the business of lending and, therefore, ineligible for the loan. The SBA paid the private lending bank a guaranty of the loan, received an assignment, then sought repayment from CAI. Because the SBA's ineligibility determination and pursuit of reimbursement were neither arbitrary, capricious, nor contrary to law, the agency is entitled to summary judgment on CAI's claim seeking equitable relief under the APA.

WHEREFORE, for this reason, as further explained in the attached memorandum of law, the SBA prays that the Court grant this motion and dismiss CAI's APA claim on the merits and with prejudice.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Respectfully submitted,

DAVID I. COURCELLE
UNITED STATES ATTORNEY

*s/Peter M. Mansfield*

PETER M. MANSFIELD (# 28671)
Chief, Civil Division
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone: (504) 680-3047
Facsimile: (504) 680-3184
Peter.Mansfield@usdoj.gov