# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

## TRANSFER ORDER

IT IS ORDERED that the following Section "E" cases are hereby reallotted to Judge Anna St. John, Section "N" of this Court, effective as of the date of this Order.

**Civil:**

| | |
|---|---|
| 25-651 | Marquette Transportation v. Arroyo Terminals, LLC, et al. |
| 25-824 | Cazaubon v. PHH Mortgage Corp, et al. |
| 25-1181 | Community Associates, Inc., v. U.S. Small Business Administration |
| 25-1291 | Broadcast Music, Inc. v. Drinkery Bourbon Street, LLC, et al. |
| 25-1714 | Ridgeway v. Crown Medical |
| 25-2283 | Northside Electric, Inc., v. USA |
| 25-2446 | Thompson v. Delta Air Lines, Inc. |

**Criminal:**

| | |
|---|---|
| 26-cr-19 | USA v. Devin Hutton |

**IT IS FURTHER ORDERED** that all deadlines and hearings remain in effect unless and until there is an order from Section "N" directing otherwise.

New Orleans, Louisiana this 15th day of April, 2026.

_____
**WENDY B. VITTER, Chief Judge**
**United States District Court**