IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

www.laed.uscourts.gov

| | |
|---|---|
| COMMUNITY ASSOCIATES, INC.<br><br>*Plaintiff,*<br><br>V.<br><br>KELLY LOEFFLER, Administrator of the U.S. Small Business Administration, in her official capacity, and SCOTT BESSENT, Secretary of the U.S. Department of the Treasury, in his official capacity.<br><br>*Defendants.* | Civil Action No. 2:25-cv-1181<br><br>Judge Anna St. John<br><br>Chief Magistrate Judge Janis van Meerveld |

## **OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Community Associates, Inc. ("CAI"), who respectfully submits this Opposition to Defendant's Motion for Summary Judgment and states as follows:

For the reasons set forth in the accompanying Memorandum in Opposition to Defendant's Motion for Summary Judgment and in Support of Plaintiff's Cross-Motion for Summary Judgment, the Small Business Administration's ("SBA") determination that CAI was ineligible for the Paycheck Protection Program was arbitrary, capricious, insufficiently reasoned, contrary to law, and unsupported by the administrative record within the meaning of the Administrative Procedure Act, 5 U.S.C. § 706(2)(A).

1

As set forth more fully in the accompanying memorandum, the administrative record demonstrates that the SBA failed to conduct the functional and operational analysis required under 13 C.F.R. § 120.110(b), improperly relied upon conclusory assumptions derived primarily from tax-return figures, failed to adequately consider substantial reliance interests created through the PPP approval process, and failed to provide meaningful notice of the SBA Administrator's purported final action. The administrative record further demonstrates that the agency failed to engage in the reasoned decision-making required under the APA before retroactively reclassifying CAI as an ineligible borrower years after the loan had been approved, guaranteed, and administered through the government's emergency-relief framework.

Accordingly, genuine disputes exist regarding the sufficiency, rationality, and completeness of the SBA's administrative determination, and Defendant is not entitled to judgment as a matter of law.

WHEREFORE, Plaintiff, Community Associates, Inc., respectfully requests that this Court:

a) deny Defendant's Motion for Summary Judgment in its entirety;

b) hold unlawful and set aside the SBA's ineligibility determination pursuant to 5 U.S.C. § 706(2)(A);

c) remand this matter to the SBA for further proceedings consistent with the Court's ruling, if appropriate;

and

d) grant such other and further relief as justice and equity may require.

DATED: May 21, 2026                    Respectfully Submitted,

                                       /s/ Evan Park Howell III
                                       Evan Park Howell III (18957)
                                       Attorney at Law
                                       1 Galleria Boulevard
                                       Metairie, Louisiana 70001
                                       Telephone:     (504) 343-4346
                                       Facsimile:     (504) 613-6733
                                       E-mail:        ehowell@ephlaw.com
                                       *Counsel for Community Associates, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2026, the foregoing *Opposition to Defendant's Motion for Summary Judgment* and this Certificate of Service, was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Peter M. Mansfield, Esq.
Peter.Mansfield@usdoj.gov
caseview.ecf@usdoj.gov
vanessa.brown@usdoj.gov

                                       /s/ Evan Park Howell III
                                       Evan Park Howell III (18957)

3